IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
Southern ~~WESTERN~~ DIVISION

Amanda Renee Gray

Booked/Incarcerated under the name:

"Amanda Renee Gurrola"

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Pulaski County Jail- Sheriff Department Detention Facility

Jail Staff John/Jane Doe(s) 1-5

Nurse/Medical staff Jane Doe

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. ______________________

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. [X] Yes [ ] No

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Amanda Renee Gray - "Gurrola" |
| Street Address | 349 Sierra Rdg |
| City and County | Lavon, Collin County |
| State and Zip Code | TX, 75166 |
| Telephone Number | (214) 970-9999 |
| E-mail Address | Argurrola23@gmail.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Pulaski County Jail- Sheriff Department Detention Facility |
| Job or Title (if known) | |
| Street Address | 403 School st |
| City and County | Waynesville, Pulaski County |
| State and Zip Code | MO, 65583 |
| Telephone Number | (573) 774-6196 |
| E-mail Address (if known) | dispatch@pcsheriff2.com |

Defendant No. 2

| | |
|---|---|
| Name | Jail Staff John/Jane Doe(s) 1-5 |
| Job or Title (if known) | Identities to be determined in discovery |
| Street Address | 403 School St |
| City and County | Waynesville, Pulaski County |

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Amanda Renee Gray - "Gurrola" |
| Street Address | 349 Sierra Rdg |
| City and County | Lavon, Collin County |
| State and Zip Code | TX, 75166 |
| Telephone Number | (214) 970-9999 |
| E-mail Address | Argurrola23@gmail.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. ~~1~~ 3

| | |
|---|---|
| Name | Nurse/Medical Staff Jane Doe |
| Job or Title (if known) | Identity to be determined in discovery |
| Street Address | 403 School st |
| City and County | Waynesville, Pulaski County |
| State and Zip Code | MO, 65583 |
| Telephone Number | (573) 774-6196 |
| E-mail Address (if known) | dispatch@pcsheriff2.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

State and Zip Code MO, 65583

Telephone Number (573) 774-6196

E-mail Address (if known) dispatch@pcsheriff2.com

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☒ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. §1983 – Civil action for deprivation of constitutional rights.

Eighth Amendment to the United States Constitution – Prohibits cruel and unusual punishment, including deliberate indifference to serious medical and mental health needs, denial of proper sanitation, and harmful conditions of confinement.

First Amendment to the United States Constitution – Protects the right to petition for redress of grievances

☐ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

☒ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A. The Plaintiff(s)

The plaintiff, *(name)* Amanda Renee Gray, is a citizen of the State of *(name)* Texas.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B. The Defendant(s)

1. If the defendant is an individual

The defendant, *(name)* Jail Staff John/Jane Doe(s) 1-5, is a citizen of the State of *(name)* Missouri. *Or* is a citizen of *(foreign nation)* ________________.

2. If the defendant is a corporation

The defendant, *(name)* Pulaski County Jail-Sheriff Department Detention Facility, is incorporated under the laws of the State of *(name)* Missouri, and has its principal place of business in the State of *(name)* Missouri. *Or* is incorporated under the laws of *(foreign nation)* ________________, and has its principal place of business in *(name)* ________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff suffered serious physical and emotional injuries while in the custody of Pulaski County Jail. Plaintiff was falsely suspected of having drugs in her body based on an X-ray image that jail staff were not medically trained to interpret. Plaintiff informed the staff that they were misreading the scan, and the alleged substance illogically "moved upward" through her digestive system, further showing that their conclusions were medically baseless. Despite this, Plaintiff was held in solitary confinement for six days, denied access to a toilet, and forced to defecate on the floor. Plaintiff was also experiencing withdrawal symptoms from prescribed mental health medication and was denied treatment, causing psychological deterioration and distress. Jail staff showed deliberate indifference to Plaintiff's serious medical and mental health needs and failed to follow proper medical procedures. Plaintiff seeks compensatory and punitive damages for these constitutional violations under 42 U.S.C. §1983.

# III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?
- What injuries did you suffer?
- Who was involved in what happened to you?

B. The Defendant(s)

1. If the defendant is an individual

The defendant, *(name)* Nurse/Medical Staff Jane Doe, is a citizen of the State of *(name)* Missouri ______. *Or* is a citizen of *(foreign nation)* ______.

2. If the defendant is a corporation

The defendant, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______. *Or* is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

______

______

______

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?
- What injuries did you suffer?
- Who was involved in what happened to you?

III. Statement of Claim

Claim 1 – Cruel and Unusual Punishment (Conditions of Confinement)

On September 20, 2023, I was transported to Pulaski County Jail, located at 403 School Street, Waynesville, Missouri, 65583. Staff accused me of concealing drugs in my lower abdomen based on an X-ray image and because I appeared tired and fell asleep during booking. I was immediately placed in administrative segregation ("ad seg") and told I would remain there until I had a bowel movement. In ad seg, I had no access to a proper toilet — only a floor urinal. I repeatedly requested access to a functioning bathroom but was ignored. I was eventually forced to have two bowel movements on the floor of my cell. This was cleaned with a dirty bleach mop. Despite the unhygienic conditions, I was kept in the same cell for six days total without sanitation or privacy, and without access to basic human needs. These actions caused me extreme humiliation and loss of dignity.

Claim 2 – Deliberate Indifference to Serious Medical and Mental Health Needs

During those six days, I experienced severe withdrawal symptoms from prescribed mental health medications. I notified staff multiple times but did not receive any medication until approximately two weeks after intake. I had just had my first bowel movement and a repeat X-ray was done. The alleged "drugs" in my digestive tract appeared to be located in the upper digestive system instead of downward, which is medically impossible. I also repeatedly told staff that I am a trained EMT and that the X-rays were being misread.

On occasion I personally observed jail staff taking photos of my X-rays with their personal cell phones. They told me they were sending them via text message to a nurse, who never saw me in person during this period and continued to authorize my isolation. Jail staff are not trained medical professionals and are not qualified to interpret X-rays. They ignored my pleas and denied me medical evaluation or reassessment of the X-rays, despite obvious signs that their conclusions were incorrect. I was left in medical distress, confused, and unsupported in a locked cell with no care, no treatment, and no oversight.

Claim 3 – Emotional Distress, Psychological Trauma, and Loss of Dignity

Being forced to defecate on the floor, isolated for six days, and ignored while suffering withdrawal symptoms caused me serious psychological trauma. I experienced anxiety, confusion, panic attacks, and emotional breakdowns during this time. I cried and begged multiple officers for help, medical care, or to speak to the nurse, but no one responded. I continue to suffer emotional aftereffects, including anxiety, humiliation, nightmares, and distrust of law enforcement or correctional staff. This experience has permanently affected my mental well-being.

Claim 4 – Denial of Access to the Grievance Process and Possible Retaliation

On the sixth day of my isolation, after I had a second bowel movement on the floor and no drugs were recovered, I asked one of the officers if I could file a grievance about the way I was being treated. Suddenly that same day, another X-ray was reviewed, and I was immediately moved to general population. I was never charged with drug possession. Based on the timing, I believe staff may have released me to avoid having to respond to a grievance or to conceal the conditions I had been kept in. I never received a grievance form and was not informed of how to file one earlier.

Defendants

I do not know the names of the staff or medical staff involved, but all were employed by or under contract with the Pulaski County Jail- Sheriff Department Detention Facility. I am suing them under the placeholder names Jail Staff John/Jane Doe(s) 1–5 and Nurse/Medical Staff Jane Doe, and I will amend this complaint once their names are identified through discovery.

- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Additional page

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

I respectfully request that the Court grant the following relief:

1. Compensatory damages in the amount of $250,000 for the emotional distress, humiliation, mental health deterioration, and physical suffering caused by the defendants' actions.
2. A court order requiring the Pulaski County Sheriff's Department to review and improve its policies regarding:
   - Access to toilets in segregation
   - Proper medical training and procedures for interpreting X-rays
   - Access to mental health care and medication during intake
   - Access to grievance procedures for all inmates
3. Any additional relief the Court deems just and proper.

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☐ No ☒

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒ No ☐

Do you claim punitive monetary damages?

Yes ☒ No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

Punitive damages in the amount of $500,000 I am requesting punitive damages because jail staff and medical personnel deliberately ignored my serious medical and mental health needs, forced me to defecate on the floor for days, kept me in isolation without proper care, and relied on unqualified staff to interpret medical X-rays. I informed them that their conclusions were wrong, and they refused to listen or provide help. Their actions showed reckless disregard for my health, safety, and dignity, and they should be punished to prevent this from happening to anyone else.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk' s Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk' s Office may result in the dismissal of my case.

Date of signing: August 5, 2025.

Signature of Plaintiff [signature]

Printed Name of Plaintiff Amanda Renee Gray

UNITED STA
POSTAL SER

xpected delivery date specified
Most domestic shipments include
USPS Tracking® included for dom
imited international insurance.**
When used internationally, a cust

urance does not cover certain items. For
estic Mail Manual at *http://pe.usps.com*
e International Mail Manual at *http://pe.*

LAT RATE ENVE
E RATE ■ ANY WEIGHT

RACKED ■ INSU


PS00001000014

UNITED STATES POSTAL SERVICE. **Retail**

**P**

US POSTAGE PAID
**$11.00**
Origin: 75166
08/04/25
4850000066-08

**PRIORITY MAIL®**

0 Lb 10.10 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/06/25

C062

SHIP TO:

222 N JOHN Q HAMMONS PKWY
SPRINGFIELD MO 65806-2541

USPS TRACKING® #

9505 5101 0631 5216 7105 69

FROM: Amanda Renee Gray
349 Sierra Rdg
Lavon TX, 75166

REC'D AUG 07 2025

TO: Clerk
U.S. District Court
Western District of MO
Southern Division
222 N. John Q Hammons
Parkway
Springfield, MO, 65806

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service